1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   CAROLYN M. WIGGIN, Bar #182732
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

5

6

7   Attorney for Defendant
    DAVID FRANCIS SLAVENS

8

9
               IN THE UNITED STATES DISTRICT COURT
10
            FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13

14   UNITED STATES OF AMERICA,   )  No. Cr. S 02-406 MCE
                               )
15           Plaintiff,   )
                               )  DEFENDANT'S NOTICE OF MOTION AND
16      v.                 )  UNOPPOSED MOTION TO TERMINATE
                               )  SUPERVISION PURSUANT TO 18 U.S.C.
    DAVID FRANCIS SLAVENS,      )  § 3583(E)(1); ORDER
17                                )
          Defendant.   )
18                                )  Judge: Hon. Morrison C. England,
19   _____ )          Jr.

20

21

22      **TO: McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND CAROLYN K.**
    **DELANEY, EXECUTIVE ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR**
23   **THE PLAINTIFF:**

24      PLEASE TAKE NOTICE that the defendant, David Francis Slavens,

25   through undersigned counsel, hereby moves the Court to terminate

26   supervision pursuant to 18 U.S.C. § 3583(e)(1). This motion is not

27   *United States v. Slavens*
    Cr. S-02-406 MCE
28   Mtn for Early Term. S/R         1

1  opposed by the United States Attorney's Office, and Mr. Slavens'

2  probation officer, United States Probation Officer Michael Sipe, does

3  not oppose the motion.

4  **I.    FACTS**

5      In 2003, Mr. Slavens was convicted for two counts of failing to

6  disclose an event affecting his right to Social Security benefits in

7  violation of Title 42 U.S.C. Section 408(a)(4).  Mr. Slavens was

8  sentenced to a term of 21 months of imprisonment to be followed by

9  three years of supervised release.  Second Amended Judgment, Clerk's

10 Record 76.  In addition, he was ordered to pay $13,400.80 as a special

11 condition of supervised release.  *Ibid*.

12     Mr. Slavens served his prison term and began his term of

13 supervised release on September 16, 2005.  By September 20, 2005, he

14 had paid all restitution he owed the Social Security Administration.

15 See Exhibit A.  By October 10, 2005, he had paid the entire $200.00

16 special assessment he owed this Court.  See Exhibit B.  Mr. Slavens has

17 complied with all other conditions of supervised release during the

18 entire period he's been supervised as well.

19     During his term of supervised release, Mr. Slavens has suffered no

20 criminal arrests and has not been involved in any criminal activity.

21 He has not used any illicit drugs and has not had any mental health

22 episodes.

23     While on supervised release, Mr. Slavens has lived with his wife

24 in the home they own in Auburn, California.  Mrs. Slavens has multiple

25 sclerosis and Mr. Slavens assists her with everyday living.  In

26 addition, Mr. Slavens has joined a community group known as SIRS

27

28

*United States v. Slavens*
Cr. S-02-406 MCE
Mtn for Early Term. S/R                    2

(Seniors in Retirement).

Mr. Slavens is seeking early termination of supervised release because, having dealt with his legal problems for more than five years, he is anxious to close this chapter of his life.  Also, given that he is 64-years-old and his wife suffers from M.S., the two of them would like to travel and enjoy life while they still can.

Mr. Slavens has stated that he has learned many lessons from his experience with the criminal justice system and will never be involved in any criminal activity again.  Moreover, Mr. Slavens is no longer involved in flying at all and will not take up this hobby in the future.  He realizes that the risks of piloting a plane are far too high.  In addition, in 2003 the National Transportation Safety Board and Federal Aviation Administration authorities confiscated Mr. Slavens' pilots license and will not reinstate them.

Mr. Slavens' probation officer, United States Probation Officer Michael Sipe, has no opposition to termination of Mr. Slavens' supervision at this time.  In addition, Executive Assistant United States Attorney Carolyn Delaney has stated that the Government does not oppose this motion for early termination of Mr. Slavens' supervision.

**II.   LAW**

18 U.S.C. 3583(e)(1) states that the Court may terminate supervision at any time after the one year if the Court is "satisfied that such action is warranted by the conduct of the defendant" and if such action is in the interests of justice.

The national policy for the supervision of federal offenders is set forh in Monograph 109, "The Supervision of Federal Offenders,"

*United States v. Slavens*
Cr. S-02-406 MCE
Mtn for Early Term. S/R                3

which was revised in March, 2007.  Monograph 109 provides that in the following factors weigh in favor of early termination of supervised release:

> 1. stable community reintegration (e.g., residence, family, employment);
>
> 2. progressive strides toward supervision objectives and in compliance with all conditions of supervision;
>
> 3. no aggravated role in the offense of conviction, particularly large drug or fraud offenses;
>
> 4. no history of violence (e.g., sexually assaultive, predatory behavior, or domestic violence);
>
> 5. no recent arrests or convictions (including unresolved pending charges), or ongoing, uninterrupted patterns of criminal conduct;
>
> 6. no recent evidence of alcohol or drug abuse;
>
> 7. no recent psychiatric episodes;
>
> 8. no identifiable risk to the safety of any identifiable victim; and
>
> 9. no identifiable risk to public safety based on the Risk Prediction Index (RPI).

Monograph 109, Chapter III, 19-20.[1]  Monograph 109 further provides that

> there is a presumption in favor of recommending early termination for probationers and supervised releasees:
>
> > 1. who have been under supervision for at least 18 months and (a) are not career violent and/or drug offenders (as described in 28 U.S.C. § 994(h)), sex offenders, or terrorists, (b) present no identified risk to the public or victims, and (c) are free from any moderate or high severity violations . . .

---

[1] As of November 21, 2007, the full text of Monograph 109 can be accessed at: www.fd.org/pdf_lib/Monograph%20109.pdf

*United States v. Slavens*
Cr. S-02-406 MCE
Mtn for Early Term. S/R                    4

1  Monograph 109, Chapter III, p. 20.

2      Mr. Slavens fulfills the criteria for early termination of his

3  supervision.  He has now been under supervision for approximately 26

4  months and is not a career violent and/or drug offender, sex offender,

5  or terrorist; he presents no risk to the public or victims; and he has

6  had NO violations during his entire term of supervision.  Moreover, he

7  has reintegrated into his family and his community.  He lives with his

8  wife in the home they own and helps care for her.  He has joined an

9  organized group in the community of other retired senior citizens.  He

10  has fulfilled all supervision objectives and complied with all

11  conditions of supervision.  He has paid his full restitution to the

12  Social Security Administration as well as the special assessment he

13  owed this Court.  He has no history of violence whatsoever.  During his

14  term of supervised release he has not been involved in any criminal

15  activity and he has had no arrests or convictions.  In addition, there

16  is no evidence that Mr. Slavens has ever abused drugs or alcohol, and

17  he has had no psychiatric or other mental health episodes during

18  supervision.  Mr. Slavens does not present a risk of safety to any

19  particular victim or to the general public.

20      Given that all factors weigh in favor of early termination of Mr.

21  Slavens' supervised release, and given that neither Mr. Slavens'

22  probation officer nor the Government oppose this motion, Mr. Slavens

23

24

25

26

27

28

*United States v. Slavens*
Cr. S-02-406 MCE
Mtn for Early Term. S/R                    5

1  respectfully requests that this Court now terminate his supervision.

2

3  Dated:  November 26, 2007

                                    Respectfully submitted,
4
                                    DANIEL J. BRODERICK
5                                   Federal Defender

6
                                    /s/ Carolyn M. Wiggin
7                                   _____
8                                   CAROLYN M. WIGGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
9                                   DAVID FRANCIS SLAVENS

10
                              O R D E R
11
        Pursuant to 18 U.S.C. § 3583(e), David Francis Slavens' supervised
12
    release is ordered terminated.  Early termination is warranted based on
13
    the conduct of the releasee and is in the interests of justice.
14

15

16   Dated: November 27, 2007

17

18                                  _____
19                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27   *United States v. Slavens*
     Cr. S-02-406 MCE
28   Mtn for Early Term. S/R                    6